UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    INDICTMENT 

   -v.-                               :

JUSTIN P. WHITE,                    :    07 Cr.  
  a/k/a "jpwhite76@aol.com,"

                 Defendant.

                                :
- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From in or about 2006, up to and including in or about June 2007, in the Southern District of New York and elsewhere, JUSTIN P. WHITE, a/k/a "jpwhite76@aol.com," the defendant, unlawfully, willfully, and knowingly did receive and distribute and attempt to receive and distribute child pornography, and material that contained child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, WHITE downloaded images of child pornography from computers outside of New York onto his computer in New York, New York.

(Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

## COUNT TWO

The Grand Jury further charges:

2. From in or about 2006 up to and including in or about June 2007, in the Southern District of New York and elsewhere, JUSTIN P. WHITE, a/k/a "jpwhite76@aol.com," the

defendant, unlawfully, willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, WHITE downloaded images of child pornography from computers located outside of New York onto his computer in New York, New York.

 (Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

/s/ _____
FOREPERSON

/s/ _____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JUSTIN P. WHITE,
a/k/a "jpwhite76@aol.com,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2252A(a)(2) & (b)(1),
18 U.S.C. § 2252A (a)(5)(B) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Dennise Suarez-Peña*
Foreperson.

RC
9/10/07

Indictment filed, case assigned to judge Chin.

F Maas, USMJ