# GOLUB & GOLUB, LLP

ATTORNEYS AT LAW
225 BROADWAY
15TH FLOOR
NEW YORK, NY 10007

MITCHELL A. GOLUB
EXTENSION: 12
MGOLUB@GOLUBLAW.COM

TELEPHONE: (212) 693-1000
FACSIMILE: (212) 693-0090

September 17, 2007

**By Facsimile**
The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/24/07*

    Re:    United States v. Justin White
                07 Cr. 848 (DC)

Dear Judge Chin:

    This firm represents Justin White (the "Defendant") in the above captioned matter. This matter is currently scheduled for an initial conference before Your Honor on September 26, 2007 at 4:30 p.m. Due to a prior engagement I will not be available at time. I am requesting that the initial conference be rescheduled for October 4, 2007 at 4:30 p.m. I would consent to the further exclusion of time under the Speedy Trial Act [18 U.S.C. § 3161 (H) (8) (A)] through October 4, 2007.[1]

*Approved. The time is excluded.
SO ORDERED.*
*[signature]*
*USDJ 9/24/07*

Respectfully submitted,

Golub & Golub, LLP
Attorneys for Defendant

By: _____
Mitchell A. Golub

cc: AUSA Adam Hickey (by facsimile)

---

[1] By prior order of Magistrate Judge Eaton, time had been excluded from Arraignment on September 13, 2007 through September 28, 2007.