# GOLUB & GOLUB, LLP

ATTORNEYS AT LAW
225 BROADWAY
15th FLOOR
NEW YORK, NY 10007

MITCHELL A. GOLUB
EXTENSION: 12
mgolub@golublaw.com

TELEPHONE: (212) 693 -1000
FACSIMILE:   (212) 693 -0090

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

January 30, 2008

**By Facsimile**
The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Justin White
07 Cr. 848 (DC)

Dear Judge Chin:

This firm represents Justin White ( the "Defendant") in the above captioned matter. This matter is currently scheduled for conference before Your Honor on February 5, 2008, at 10:30 a.m. I am currently on trial in State Supreme Court before the Honorable Michael Ambrecht in the People v. Zearl West, et. al., Ind. No. 6279/2006, a four defendant case. That trial is anticipated to continue through next week. Thereafter, I have a previously scheduled vacation, which will take me out of town the week of February 18th.

Because of that schedule, I have been unable to complete discussions with my client and the U.S. Attorney with regard to a probable disposition of this case by plea. Accordingly, I am requesting the conference in this matter be rescheduled for either February 27 or 28th, at a time convenient to the Court. I anticipate that my client will be in the position to take a plea on that date. I have discussed this application with AUSA Adam Hickey, who does not oppose my application, but notes it is not a joint application by the government. In view of the foregoing, I would consent to the further exclusion of time under the Speedy Trial Act [18 U.S.C. § 3161 (H) (8) (A) ] through the adjourned date.

Accordingly it is respectfully requested that this application be granted.

Respectfully submitted,

Golub & Golub, LLP
Attorneys for Defendant

By:

Mitchell A. Golub

cc: AUSA Adam Hickey (by facsimile)

Adjourned to Feb. 28, 2008, at 4:30 p.m. The time is excluded, in the interest of justice & in light of the parties' discussions. SO ORDERED.

2/1/08