

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT





P52272

TO: **HONORABLE DENNY CHIN**
U.S. District Judge

FROM: **Geoffrey P. Steele**
Supervising U.S. Probation Officer

          Re:   White, Justin
          Docket No. **07 CR 848-01(DC)**

Enclosed is a matter from the U.S. Probation Office requesting a decision from Your Honor. Please direct your response along with any attachment to our office at 500 Pearl Street, 7th floor North, so that we may take appropriate action.

          Respectfully submitted,

          Chris J. Stanton
          Chief Probation Officer

          _____
          Geoffrey P. Steele
          Supervising U.S. Probation Officer
          212-805-5158

DATE: April 30, 2007

NY 201
(Rev.2/03)



52272

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## MEMORANDUM

**TO:** Honorable Denny Chin
U.S. District Judge

**FROM:** Lyvia Y. Ramos
U.S. Probation Officer

**RE:** Justin White
07 CR 848-01(DC)

**DATE:** April 25, 2008

Reference is made to the above-captioned defendant who pleaded guilty to Possession of Child Pornography, before Your Honor on February 29, 2008. Sentencing for this matter is presently scheduled for June 2, 2008.

Because this offense involved sexual deviancy, we are requesting that the defendant undergo a psychosexual evaluation. The use of psychosexual evaluations to determine the treatment needs of defendants convicted of sex offenses and risk assessment to the community is consistent with the Probation Department's historical reliance on the expertise of mental health professionals. In relation, we believe that a psychosexual evaluation would prove beneficial to Your Honor in fashioning an appropriate sentence.

Accordingly, we are respectfully requesting that Your Honor order that a psychosexual evaluation be performed by Kenneth J Lau, LCSW, who has scheduled the evaluation for June 12, 2008, at 1:30. As the defendant is under home confinement, and may not have the means to travel to Mr. Lau's office in Hartsdale, New York, the evaluation will be conducted in an office at the Probation Department. This evaluation is authorized pursuant to 18 USC 3552(c) and payment for it is provided under 18 USC 3672.

If Your Honor grants permission for the evaluation, we would also request a four-week adjournment of sentencing in order to allow for the evaluation to be completed and still comply with the disclosure requirements of Rule 32. Mr. Lau anticipates providing his report two weeks after the scheduled meeting. The Government and defense counsel have been advised that we are requesting a psychosexual evaluation and adjournment, and neither party has an objection to these requests.

White, Justin    P52272-L.Y. Ramos

2

It is requested that Your Honor indicate the Court's decision as provided on the following page.

Would Your Honor please indicate the course of action to be taken.

Psychosexual evaluation ordered ____✓____

Psychosexual evaluation not ordered _____

Other _____

Adjournment granted ____✓____ New date and time _JULY 11, 2008 @ 2:00PM_

Adjournment not granted _____

Other _____

_4/21/08_
Date

_[signature]_
Honorable Denny Chin
U.S. District Judge

cc:   Adam Hickey, AUSA
      One Saint Andrew's Plaza
      New York, NY 10007

      Mitchell Golub
      Golub & Golub
      225 Broadway, Suite 1515
      New York, NY 10007