# GOLUB & GOLUB, LLP

ATTORNEYS AT LAW
225 BROADWAY
15th FLOOR
NEW YORK, NY 10007

MITCHELL A. GOLUB
EXTENSION: 12
mgolub@golublaw.com

TELEPHONE: (212) 693-1000
FACSIMILE: (212) 693-0090

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

June 27, 2008

**By Facsimile: (212) 805-7906**
The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   Re: <u>United States v. Justin White</u>
     07 Cr. 848 (DC)

Dear Judge Chin:

  This firm represents Justin White ( the "Defendant") in the above captioned matter. His bail conditions provide for home detention with electronic monitoring, with permission to leave home for work, attorney visits and medical appointments. His bail conditions also directed that he is not to possess a computer except at work, and must not have access to the internet except at work. [1]

  Mr. White is now living with his mother in Woodway, Texas. She operates a truck dispatching brokerage business from her home. The business utilizes computers. She has offered to allow her son work for her. It would be an opportunity for him earn some money since he lost his job shortly after his arrest in this matter.

  A description of the work he would do is set forth in the letter dated June 26, 2008, prepared by his mother and attached below. The Court should also know that prior to making this application, the Defendant's mother voluntarily consented to having Pre-Trial Services place monitoring software on her computers that will allow Pre-trial to insure that there is no visiting of any unauthorized internet sites.

  I have discussed Mr. White's proposed work with AUSA Adam Hickey who has also had an opportunity to review the June 26, 2008 letter. He has stated he has no objection to Mr. White working under the proposed conditions.

*Approved.*
*SO ORDERED,*
*[signature]*
*DC 6/27/08*

---

[1] A copy of his conditions of bail as set forth on the docket sheet are attached. The specific docket entry is 9/13/2007.

The Honorable Denny Chin
United States District Judge
June 27, 2008
Page 2

Wherefore it is respectfully requested that this application be granted.

Respectfully submitted,

Golub & Golub, LLP
Attorneys for Defendant

By: _____
Mitchell A. Golub

cc:    AUSA Adam Hickey (by facsimile)