# GOLUB & GOLUB, LLP

ATTORNEYS AT LAW
225 BROADWAY
15th FLOOR
NEW YORK, NY 10007

MITCHELL A. GOLUB
EXTENSION: 12
mgolub@golublaw.com

TELEPHONE: (212) 693-1000
FACSIMILE:  (212) 693-0090

July 17, 2008

<u>By Facsimile: (212) 805-7906</u>
The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

Re:   <u>United States v. Justin White</u>
      07 Cr. 848 (DC)

Dear Judge Chin:

This firm represents Justin White (the "Defendant") in the above captioned matter. This letter will confirm my conversation with your Court Deputy, in which I requested an adjournment of sentencing in this matter, currently scheduled for August 12, 2008. The reason for the application was that certain materials I need for sentencing, including a report being prepared by a psychologist retained by the Probation Department to conduct a psycho sexual evaluation of my client, have not yet been completed. Due to my own scheduled vacation, I will not be able to complete my own sentencing submission on the current schedule.

Accordingly, it is respectfully requested that sentencing be adjourned until September 15, 2008 at 4:30 p.m.

Approved.
SO ORDERED,
*[signature]*
USDJ 7/28/08

Respectfully submitted,

Golub & Golub, LLP
Attorneys for Defendant

By *[signature]*
Mitchell A. Golub

cc:   AUSA Adam Hickey (by facsimile)